# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DAVID SCHWARTZ, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:11-CV-1675 CAS |
| WEBSTER UNIVERSITY, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on review of the file. The parties are advised that one of the undersigned's law clerks is the spouse of an attorney at Bryan Cave LLP, which represents defendant Webster University in this case. The law clerk's spouse has not entered an appearance in this case. It is the Court's intention to isolate the affected law clerk from the case, so that she will have no contact with it. The Court believes this action resolves any potential conflict that could arise in this matter. If, after consideration, a party believes disqualification of the undersigned is required, any motion for recusal based on the disclosed matter shall be filed within fourteen (14) days of the date of this Order.

**SO ORDERED**.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 5th day of October, 2011.