# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

DAVID SCHWARTZ, )
)
    Plaintiff, )
)
v. ) Civil Action No. 4:11-cv-1675-CAS
)
WEBSTER UNIVERSITY, )
)
    Defendant. )

## PLAINTIFF'S DENIAL OF AFFIRMATIVE DEFENSES

COMES NOW, Plaintiff, David Schwartz, by and through his undersigned counsel and denies each and every affirmative defense proffered on behalf of the Defendant herein.

KODNER WATKINS & KLOECKER, LC

By: /s/ ALBERT S. WATKINS, LC #34553MO
MICHAEL D. SCHWADE, #60862MO
The Bank of America Building
7800 Forsyth Blvd., Suite 700
Clayton, Missouri 63105
314-727-9111 (telephone)
314-727-9110 (facsimile)

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of October, 2011 a true and correct copy of the foregoing document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to all counsel of record.